# **EXHIBIT 2**

# RULES OF PROBATION

1. I will obey the laws of the United State or any state in which I may be as well, as any municipal ordinances.

2. I will report all arrests, including traffic violations immediately, regardless of the outcome to my probation officer.

3. If convicted of a felony or a domestic violence charge, I will not receive, own, possess, ship or transport any firearms, ammunition, or illegal weapons. (Ref. Gun Control of 1968. Public Law 90-618, Title 1, Section 922 Entitled "Unlawful Acts") and (18USC922 (G)(9). All other probationers required express permission of the court for use of firearms.

4. I will work at a lawful occupation and support my dependants, if any, to the best of my ability.

5. I will inform my probation officer before changing my residence or employment.

6. I will allow my probation officer to visit my home, employment site or elsewhere and will carry out all lawful instructions he/she gives. I will report to my probation officer as instructed.

7. I agree to a search, without a warrant, of my person, vehicle, property, or place of residence by any probation officer or law enforcement officer at any time.

8. I will not use or have in my possession intoxicants, narcotic drugs or marijuana. I will not enter an establishment whose prime purpose is to sell alcoholic beverages (bars, taverns, clubs, etc). I will submit to random alcohol and drug screens as directed.

9. I agree to pay all required supervision fees, court fines and court costs unless waived by appropriate authorities.

10. I will observe any special conditions imposed by the court.