# **EXHIBIT 3**



## Murfreesboro TN Probation Office
### 309 W. Main Street
### Murfreesboro TN 37130
### (615) 890-3007

Office Reporting Hours: 8:00 – 11:00 a.m. or 1:00 – 6:30 p.m.

| DOCKET # | 334659 | RECEIPT NO | 203278161 |
|---|---|---|---|
| NAME | Yolanda Carney | DATE | 09/02/2014 |
| | Redacted | AMT PAID | 50.00 |
| | Murfreesboro, Tennessee 37130 | TYPE / NO. | MO 5020 |
| | | ISSUED BY | JDJACKSON |
| PO | JACKSON, JASMINE | PRINTED | 09/02/2014 09:52am |

| FEE TYPE | ORIGINAL OWED | ACCRUAL AMT | PREVIOUS BALANCE | PAID TODAY | BALANCE | AMOUNT DUE |
|---|---|---|---|---|---|---|
| COURT COSTS | 3085.40 | | 2626.40 | | 2626.40 | 2626.40 |
| TN PROB COUNCIL | 6.00 | | 0.00 | | 0.00 | 0.00 |
| SUPERVISION FEE | 585.00 | | 45.00 | 45.00 | 0.00 | 0.00 |
| WARRANT FEE | 511.00 | | 511.00 | | 511.00 | 511.00 |
| URINALYSIS | 100.00 | | 13.00 | 5.00 | 8.00 | 8.00 |
| ALC SAFETY SCH | 125.00 | | 0.00 | | 0.00 | 0.00 |
| | 4412.40 | 0.00 | 3195.40 | 50.00 | 3145.40 | 3145.40 |



# Murfreesboro TN Probation Office
309 W. Main Street
Murfreesboro TN 37130
(615) 890-3007

Office Reporting Hours: 8:00 – 11:00 a.m. or 1:00 – 6:30 p.m.

| DOCKET # | 356351 | | RECEIPT NO | 203286651 |
|---|---|---|---|---|
| NAME | Cindy Marie Rodriquez | | DATE | 11/04/2014 |
| | Redacted | | AMT PAID | 40.00 |
| | Murfreesboro, Tennessee 37130 | | TYPE / NO. | MO 1425 |
| | | | ISSUED BY | BWOO |
| PO | WOODLEE, BRIANA | | PRINTED | 11/04/2014 11:35am |

| FEE TYPE | ORIGINAL OWED | ACCRUAL AMT | PREVIOUS BALANCE | PAID TODAY | BALANCE | AMOUNT DUE |
|---|---|---|---|---|---|---|
| COURT COSTS | 578.35 | | 578.35 | | 578.35 | 578.35 |
| SUPERVISION FEE | 420.00 | 35.00 | 330.00 | 40.00 | 290.00 | 10.00 |
| TN PROB COUNCIL | 5.00 | 1.00 | 5.00 | | 5.00 | 2.00 |
| | 1003.35 | 36.00 | 913.35 | 40.00 | 873.35 | 590.35 |