# **EXHIBIT 4**

# PROCESS TO HAVE FINES & COSTS REDUCED

## *You do not need an attorney to complete this process*

1. Pay something every time you report—regardless of the amount—for several months.

2. Keep all records of payments to PCC.

3. After successful completion of several continuous months of reporting and making payments, ask your probation officer to perform a Financial Assessment.

4. PCC will most likely deny your request to reduce costs and fines after assessment is completed.

5. ***Do not get discouraged by this.*** Continue to make payments on every report date.

6. If denied, go to room 101 in the Rutherford County Judicial Building (20 N. Public Square, Murfreesboro, TN, 37139). Request to file a motion to reduce costs and fines. This motion will cost $25. Obtain a date to have a Judge hear your case.

7. On your court date, the Judge will ask you very personal questions about your finances. Be completely honest during this process and answer the Judge's questions to the best of your ability. Be prepared to answer questions regarding: employment status, dependents under your care, living arrangements, property you own, etc. Most importantly, the Judge will ask if you have been making an attempt to pay your costs and fines. This why it is in your best interest to comply with step 1. This shows the Judge that you are making a good faith effort to pay off your costs and fines.