# EXHIBIT 1

1. I, Fred Robinson, am a 30 year old resident of Murfreesboro, TN.
2. I have been a resident of Murfreesboro since 2002.
3. I rely on SSI disability benefits to survive.
4. I am unable to work because of my disability.
5. I suffer from cirrhosis of the liver & UC.
6. I was arrested in December 2011 and started probation at P.C.C.
7. I informed P.C.C. that I was unable to pay the costs, fines, & fees.
8. P.C.C. repeatedly threatened me that they would violate me and I would go to jail if I couldn't pay.
9. P.C.C. never told me that I could get my costs reduced or waived due to my disability/inability to pay.
10. I have feared going to jail for failure to pay, which has added tremendous stress to my life for fear that I would be jailed without access to my medication.
11. I have been informed that there is a warrant out for my arrest for violation of probation with a $10,000 bond.
12. I am unable to pay the 10,000 bond as I depend on my SSI disability.
13. I do not have a bank account and I do not own anything of significant value.

I declare under penalty of perjury that the foregoing is true & correct.

[signature] 9/29/15

Case 3:15-cv-01048   Document 3-1   Filed 10/01/15   Page 2 of 4 PageID #: 128

I, Steven Gibbs, am a 61 year old of Murfreesboro.

I have lived in Murfreesboro for 35 years.

I am indigent and require disability to meet the basic necessity of life.

Because of my disability I am unable to work.

I was arrested in 2014 for driving on a suspended license.

Because I could not pay the court costs I was put on probation with PCC.

I informed PCC that I was unable to pay all of the fees & costs because I depend on my disability income to survive.

PCC never offer me any way to reduce the fees.

I asked my P.O. if there was a way to have my fees reduced and she told me I could only get a form to waive or reduce my costs if I brought in a paystub

I was unable to make that payment.

PCC has repeatedly threatened to violate me & put me in jail for non payment.

I am afraid that I will go to jail and lose every thing I have.

I have been informed that there is a warrant out for my arrest for violation of probation with a bond.

I am unable to pay any bond as I struggle to survive currently.

I do not have a bank account.

I do not own anything of any significant value

I declare under penalty of perjury that the foregoing is true & correct.

_____          9-29-15
Steven Gibbs                      Date