# **EXHIBIT 2**

9/28/15  V.  CRIM KC

## BILL OF COSTS

Clerk............................. $ _____
Data Processing............. $ _____
Officer's Service............. $ _____
Subpoenas..................... $ _____
Attachments................... $ _____
Scire Facias................... $ _____
Appearance Bond........... $ _____
Attorney Fee.................. $ _____
Jail Board Fee................ $ _____
...................................... $ _____
...................................... $ _____
...................................... $ _____

TOTAL.......... $ _____

**COPY**

## DISPOSITION

_____

_____

**COPY**



## VIOLATION OF PROBATION WARRANT
## CIRCUIT COURT OF RUTHERFORD COUNTY
## TENNESSEE

DOCKET NO.: F67109B #1, F67109B #3

**FRED ROBINSON**

Address 1: Redacted

Murfreesboro, Tennessee 37130

DOB: Redacted    SSN: Redacted
Race: African-American   Gender: Male
Height: 6'2    Weight: 225
Hair: Brown    Eyes: Brown
Phone #: Redacted
Employer: Self Employed
Scar, Mark, Tattoo: No S/M/T's listed
Driver's License: Redacted
Known Aliases: No Aka's Listed

### RETURN ON SERVICE

Executed as commanded by arresting/citing defendant to appear before the court on
_____ at _____:_____.

Arrested/cited this date _____
By: _____

Bond fixed at _____

### COURT DATES

_____ to _____ m _____,_____
_____ to _____ m _____,_____
_____ to _____ m _____,_____

Defense Atty: _____ appt? ___

Administrative fee _____

Appointed Public Defender _____

**COPY**

## RULE VIOLATION

1. I will obey the laws of the United States or any state in which I may be as well as any municipal ordinances.
2. I will report all arrests, including traffic violations immediately, regardless of the outcome to my probation officer.
3. If convicted of a felony or a domestic violence charge, I will not receive, own, possess, ship or transport any firearms, ammunition, or illegal weapons. (Ref: Gun Control of 1968, Public Law 90-618, Title I, Section 922 Entitled "Unlawful Acts") and (18USC922 (G)(9). All other probationers required express permission of the court for use of firearms.
4. I will work at a lawful occupation and support my dependents, if any, to the best of my ability.
5. I will inform my probation officer before changing my residence or employment.
6. I will allow my probation officer to visit my home, employment site or elsewhere and will carry out all lawful instructions he/she gives. I will report to my probation officer as instructed.
7. I agree to a search, without a warrant, of my person, vehicle, property, or place of residence by any probation officer or law enforcement officer at any time.
8. I will not use or have in my possession intoxicants, narcotic drugs or marijuana. I will not enter an establishment whose prime purpose is to sell alcoholic beverages (bars, taverns, clubs, etc). I will submit to random alcohol and drug screens as directed.
9. I agree to pay all required supervision fees, court fines and court costs unless waived by appropriate authorities.
10. I will observe any special conditions imposed by the court.

**COPY**

BRAGG

# RUTHERFORD COUNTY CIRCUIT COURT OF RUTHERFORD COUNTY TENNESSEE

## STATE OF TENNESSEE vs. FRED ROBINSON

CHARGES: F67109B #1, F67109B #3 Possession Of Marijuana

**AFFIDAVIT OF COMPLAINT FOR VIOLATION OF PROBATION**

LODGED 8-27-15 /BBM

COMES NOW, the affiant, Nisha Hyde, Probation Officer, who first being dully sworn, affirms that **FRED ROBINSON**, hereinafter referred to as the Defendant, was on December 5, 2011 convicted of the offense(s) of Possession Of Marijuana, Possession of Drug Paraphernalia for which the Court suspended the imposition of sentence and placed the Defendant on probation for a term beginning 09/20/2013 and ending 08/28/2015 in accordance with the provisions of T.C.A. § 40-35-311(a).

Affiant further states that the Defendant has not properly conducted himself but has violated the conditions of his probation in a material respect by violation of one or more of the following conditions:

$2867.50 Court Cost $288.00 Probation Fees $212.00 Warrant Fees

#9 The defendant failed to pay all court cost, fines, and fees as directed.

Third Revocation
 1st: On 02/23/12, agreed order to serve 19 days; probation extended 11 months and 29 days. The defendant agreed to serve sentence on future violations.
 2nd: On 09/20/13, agreed order to extend probation 23 months and 9 days. The defendant agreed to serve sentence on future violations.

Sworn to and subscribed before me on this

_____ day of _____, _____

_Nisha Hyde_ (signature)
Nisha Hyde, Probation Officer

Honorable David Bragg, Judge

## WARRANT

IN THE NAME OF THE STATE OF TENNESSEE, to all and singular the Sheriffs and Constables of the State of Tennessee:

WHERE AS, Nisha Hyde, Probation Officer, has this day made oath before David Bragg, Judge, that on December 5, 2011 the Defendant, FRED ROBINSON, was convicted of the offense(s) of Possession Of Marijuana, Possession of Drug Paraphernalia for which the Court suspended the imposition of sentence and placed the Defendant on probation for a term beginning 09/20/2013 and ending 08/28/2015 in accordance with the provisions of T.C.A. § 40-35-311(a) and that the Defendant has not properly conducted himself but has violated the conditions of his probation in a material respect by violation of one or more of the rule violations stated in above Affidavit for Violation of Probation.

THEREFORE, you are commanded to arrest instanter, FRED ROBINSON, and bring him before me to be dealt with according to the law.

BOND: 10,000

HEARING DATE: 9-17-15

Given under my hand and seal this
24 day of August, 2015

_David Bragg_ (signature)
Honorable David Bragg, Judge