# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CINDY RODRIGUEZ, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PROVIDENCE COMMUNITY ) <br> CORRECTIONS, INC., et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:15-cv-01048 <br><br> (Class Action) <br> JURY DEMAND |

## ORDER

Upon consideration of the Motion for Temporary Restraining Order by named Plaintiffs' Fred Robinson and Steven Gibbs, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED as follows:

1) Defendant Rutherford County, and its agents, employees, and officers, including specifically the Rutherford County Sheriff, are ordered not to serve or execute any warrant, sought and issued solely on the basis of nonpayment of court costs, fines or probation or other fees, for the arrest of Fred Robinson or Steven Gibbs.

2) Defendant Rutherford County, and its agents, employees, and officers, including specifically the Rutherford County Sheriff, are ordered not to serve or execute any warrant, sought and issued on the basis of violation of probation, for the arrest of Fred Robinson or Steven Gibbs that includes a preset secured money bond condition that would require payment in order for Mr. Robinson or Mr. Gibbs to be released from custody.

3) Defendant, PCC, Inc., and its agents, employees, and officers, are ordered not to seek the issuance of any warrant, other than a Release on Recognizance ("ROR") warrant, solely

on the basis of nonpayment of court costs, fines or probation or other fees, for the arrest of Fred Robinson or Steven Gibbs.

4) Defendant, PCC, Inc., and its agents, employees, and officers, are ordered not to seek the issuance of any warrant on the basis of violation of probation, for the arrest of Fred Robinson or Steven Gibbs that seeks a preset secured money bond condition that would require payment in order for Mr. Robinson or Mr. Gibbs to be released from custody.

Signed this 2nd day of October, 2015 at 4:50 p.m.

_____
United States District Judge