IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CINDY RODRIGUEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 3:15-cv-01048 |
| ) | JUDGE SHARP |
| v. ) | |
| ) | |
| PROVIDENCE COMMUNITY ) | |
| CORRECTIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This Court has scheduled a hearing on Plaintiffs' request for a preliminary injunction for 3:00 PM on Friday, October 16, 2015. The following briefing deadlines shall apply:

Defendants shall be permitted to file a response to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Docket No. 2) on or before 12:00 PM on Tuesday, October 13, 2015. Defendants' response brief shall not exceed twenty (20) pages.

Plaintiffs shall be permitted to file a reply brief on or before 12:00 PM on Thursday, October 15, 2015. Plaintiffs' reply brief shall not exceed five (5) pages.

By close of business on October 13, 2015, the parties shall exchange witness and exhibit lists.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE