# EXHIBIT 1



# RUTHERFORD COUNTY GENERAL SESSIONS COURT OF RUTHERFORD COUNTY
# TENNESSEE

## STATE OF TENNESSEE vs. STEVEN MICHAEL GIBBS

### CHARGES: 366210 Driving On/With Suspended License (1st)

## AFFIDAVIT OF COMPLAINT
## FOR VIOLATION OF PROBATION

COMES NOW, the affiant, **Jasmine Jackson**, Probation Officer, who first being dully sworn, affirms that **STEVEN MICHAEL GIBBS**, hereinafter referred to as the Defendant, was on **February 11, 2015** convicted of the offense(s) of **Driving On/With Suspended License (1st)**, for which the Court suspended the imposition of sentence and placed the Defendant on probation for a term beginning 07/24/2015 and ending 12/23/2015 in accordance with the provisions of T.C.A. § 40-35-311(a).

Affiant further states that the Defendant has not properly conducted himself but has violated the conditions of his probation in a material respect by violation of one or more of the following conditions:

Court Cost: $684.85   Probation Fees: $298.00   Warrant Fee: $106.00
#8: The defendant has failed to abstain from illegal drug activity. The defendant tested positive for Marijuana on 8/25/15 as verified and recorded by Alere Toxicology.
#9: The defendant has failed to pay all court costs, fines, restitution, and probation fees as instructed.

1st Revocation: On 7/10/15, an agreed revocation ordered the defendant to serve 30 days; probation extended 5 months upon release.
2nd Revocation:

Sworn to and subscribed before me on this 13th day of October, 2015.

_____
Jasmine Jackson, Probation Officer

_____
Honorable Ben Hall McFarlin JR, Judge

## WARRANT

IN THE NAME OF THE STATE OF TENNESSEE, to all and singular the Sheriffs and Constables of the State of Tennessee:

WHERE AS, **Jasmine Jackson**, Probation Officer, has this day made oath before **Ben Hall McFarlin JR**, Judge, that on **February 11, 2015** the Defendant, **STEVEN MICHAEL GIBBS**, was convicted of the offense(s) of **Driving On/With Suspended License (1st)** for which the Court suspended the imposition of sentence and placed the Defendant on probation for a term beginning 07/24/2015 and ending 12/23/2015 in accordance with the provisions of T.C.A. § 40-35-311(a) and that the Defendant has not properly conducted himself but has violated the conditions of his probation in a material respect by violation of one or more of the rule violations stated in above Affidavit for Violation of Probation.

THEREFORE, you are commanded to arrest instanter, **STEVEN MICHAEL GIBBS**, and bring him before me to be dealt with according to the law.

BOND: $10,000.00

Given under my hand and seal this 13th day of October, 2015.

_____
Honorable Ben Hall McFarlin JR, Judge

HEARING DATE: ANY FRIDAY @ 9:00 AM

# VIOLATION OF PROBATION WARRANT
## GENERAL SESSIONS COURT OF RUTHERFORD COUNTY TENNESSEE

**DOCKET NO.: 366210**

**STEVEN MICHAEL GIBBS**

Address 1: 2025 Church Street Room 126
Murfreesboro, Tennessee 37129

| | |
|---|---|
| DOB: 04/07/1954 | SSN: 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 |
| Race: Caucasian | Gender: Male |
| Height: 57 | Weight: 150 |
| Hair: Brown | Eyes: Blue |
| Phone #: 615-649-2657 | |
| Employer: Unemployed | |
| Scar, Mark, Tattoo: Tattoo | General |

Driver's License #: Suspended
Known Aliases: No Aka's Listed

## RETURN ON SERVICE

Executed as commanded by arresting/citing defendant to appear before the court on

_____ at _____ : _____ .

Arrested/cited this date _____

By: _____

Bond fixed at 6/10/2020

**ANY FRIDAY @ 9:00 AM COURT DATES**

| | | |
|---|---|---|
| to | m | |
| to | m | |
| to | m | |

Defense Atty: _____ appt? _____

Administrative fee _____

Appointed Public Defender _____

## BILL OF COSTS

| | |
|---|---|
| Clerk | $ |
| Data Processing | $ |
| Officer's Service | $ |
| Subpoenas | $ |
| Attachments | $ |
| Scire Facias | $ |
| Appearance Bond | $ |
| Attorney Fee | $ |
| Jail Board Fee | $ |
| .............................. | $ |
| .............................. | $ |
| .............................. | $ |
| **TOTAL** | $ |

## DISPOSITION

_____
_____
_____
_____
_____
_____

## RULE VIOLATION

1. I will obey the laws of the United States or any state in which I may be, as well as any municipal ordinances.
2. I will report all arrests, including traffic violations, immediately, regardless of the outcome to my probation officer.
3. If convicted of a felony or a domestic violence charge, I will not receive, own, possess, ship or transport any firearms, ammunition, or illegal weapons. (Ref. Gun Control of 1968, Public Law 90-618, Title 1, Section 922 Entitled "Unlawful Acts") and (18USC922 (G)(9). All other probationers required express permission of the court for use of firearms.
4. I will work at a lawful occupation and support my dependents, if any, to the best of my ability.
5. I will inform my probation officer before changing my residence or employment.
6. I will allow my probation officer to visit my home, employment site or elsewhere and will carry out all lawful instructions he/she gives. I will report to my probation officer as instructed.
7. I agree to a search, without a warrant, of my person, vehicle, property, or place of residence by any probation officer,or law enforcement officer at any time.
8. I will not use or have in my possession intoxicants, narcotic drugs or marijuana. I will not enter an establishment whose prime purpose is to sell alcoholic beverages (bars, taverns, clubs, etc). I will submit to random alcohol and drug screens as directed.
9. I agree to pay all required supervision fees, court fines and court costs unless waived by appropriate authorities.
10. I will observe any special conditions imposed by the court.