# EXHIBIT 2

# RUTHERFORD COUNTY GENERAL SESSIONS COURT OF RUTHERFORD COUNTY TENNESSEE

### STATE OF TENNESSEE vs. PAULA KAY PULLUM

### CHARGES: 369904 Driving Under The Influence (1st)

## AFFIDAVIT OF COMPLAINT
## FOR VIOLATION OF PROBATION

COMES NOW, the affiant, **Kelly Haley**, Probation Officer, who first being dully sworn, affirms that **PAULA KAY PULLUM,** hereinafter referred to as the Defendant, was on **June 26, 2015** convicted of the offense(s) of **Driving Under The Influence (1st),** for which the Court suspended the imposition of sentence and placed the Defendant on probation for a term beginning 06/26/2015 and ending 06/24/2016 in accordance with the provisions of T.C.A. § 40-35-311(a).

Affiant further states that the Defendant has not properly conducted herself but has violated the conditions of her probation in a material respect by violation of one or more of the following conditions:

Court total: $963.85    Probation fees: $66.00    Warrant total: $106.00

#1: The defendant has failed to maintain good and lawful conduct as ordered by the court. The defendant was cited by the Smyrna Police Department on 9/17/15 for the offense of Driving on Revoked License. The defendant has a pending court date of 11/3/15.
#9: The defendant has failed to pay all required court costs, fines, and probation fees.
#10: The defendant has failed to provide proof of completion of an Alcohol Safety School as ordered by the court.

First Revocation

Sworn to and subscribed before me on this
_____12th_____ day of __OCt__, _2015_.

_____
Kelly Haley, Probation Officer

_____
**Honorable Barry R. Tidwell, Judge**

## WARRANT

IN THE NAME OF THE STATE OF TENNESSEE, to all and singular the Sheriffs and Constables of the State of Tennessee:

WHERE AS, **Kelly Haley,** Probation Officer, has this day made oath before **Barry R. Tidwell,** Judge, that on **June 26, 2015** the Defendant, **PAULA KAY PULLUM,** was convicted of the offense(s) of **Driving Under The Influence (1st)** for which the Court suspended the imposition of sentence and placed the Defendant on probation for a term beginning 06/26/2015 and ending 06/24/2016 in accordance with the provisions of T.C.A. § 40-35-311(a) and that the Defendant has not properly conducted herself but has violated the conditions of her probation in a material respect by violation of one or more of the rule violations stated in above Affidavit for Violation of Probation.

THEREFORE, you are commanded to arrest instanter, **PAULA KAY PULLUM,** and bring her before me to be dealt with according to the law.

BOND: 2500

HEARING DATE: _Any Monday @ 8:00am_

Given under my hand and seal this
_____12th_____ day of __OCt__, _2015_.

_____
**Honorable Barry R. Tidwell, Judge**

# RULE VIOLATION

1. I will obey the laws of the United States or any state in which I may be, as well as any municipal ordinances.

2. I will report all arrests, including traffic violations immediately, regardless of the outcome to my probation officer.

3. If convicted of a felony or a domestic violence charge, I will not receive, own, possess, ship or transport any firearms, ammunition, or illegal weapons. (Ref. Gun Control of 1968. Public Law 90-618, Title 1, Section 922 Entitled "Unlawful Acts") and (18USC922 (G)(9). All other probationers required express permission of the court for use of firearms.

4. I will work at a lawful occupation and support my dependents, if any, to the best of my ability.

5. I will inform my probation officer before changing my residence or employment.

6. I will allow my probation officer to visit my home, employment site or elsewhere and will carry out all lawful instructions he/she gives. I will report to my probation officer as instructed.

7. I agree to a search, without a warrant, of my person, vehicle, property, or place of residence by any probation officer or law enforcement officer at any time.

8. I will not use or have in my possession intoxicants, narcotic drugs or marijuana. I will not enter an establishment whose prime purpose is to sell alcoholic beverages (bars, taverns, clubs, etc). I will submit to random alcohol and drug screens as directed.

9. I agree to pay all required supervision fees, court fines and court costs unless waived by appropriate authorities.

10. I will observe any special conditions imposed by the court.

---

## VIOLATION OF PROBATION WARRANT
## GENERAL SESSIONS COURT OF
## RUTHERFORD COUNTY TENNESSEE

### DOCKET NO.: 369904

PAULA KAY PULLUM

Address 1: 647 Miller Estate

Smyrna, Tennessee 37167

DOB: 11/10/1966        SSN: 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
Race: Caucasian        Gender: Female
Height: 5'             Weight: 100
Hair: Unknown Or Completely Bald
Blue                                    Eyes:
Phone #: 615-278-4523
Employer:
Scar, Mark, Tattoo: No S/M/T's listed
Driver's License #: Suspended
Known Aliases: No Aka's Listed

### RETURN ON SERVICE

Executed as commanded by arresting/citing defendant to appear before the court on

_____ at _____ :

Arrested/cited this date _____

By: _____

Bond fixed at $2,500

#### COURT DATES

Any Monday @ 8:00am

to _____ m
to _____ m
to _____ m

Defense Atty: _____ appt? ___

Administrative fee _____

Appointed Public Defender _____

---

## BILL OF COSTS

Clerk.................$
Data Processing.......$
Officer's Service.....$
Subpoenas.............$
Attachments...........$
Scire Facias..........$
Appearance Bond.......$
Attorney Fee..........$
Jail Board Fee........$
                      $
          TOTAL.......$

## DISPOSITION

_____
_____
_____
_____
_____
_____
_____
_____
_____