# EXHIBIT 3

1. I, Paula Pullum, am a 48-year-old resident of Murfreesboro, TN.

2. I have been a resident of Murfreesboro since 2010.

3. I rely on SSI disability to survive.

4. I suffer from a tumor blocking my digestive tract, breast cancer, and a paralyzed bladder. I have to self-catheterize five times every day because of my paralyzed bladder. I had lumbar surgery in 2014, and have had two neck surgeries and three hip replacements surgeries. I have a heart condition that makes my heart race and can cause a heart attack if I don't take my medicine.

5. I take medicine for my heart condition and chronic pain.

6. I have been on probation since July 1, 2015, with PCC, Inc.

7. I have been informed that there is a warrant for my arrest for violation of

probation with a $2,500 fixed secured bond.

8. I am unable to afford any bond as I depend only on SSI disability to survive.

9. I struggle to meet the basic necessities of life including food, medicine, and clothing.

10. I have no ~~bank~~ bank account and no significant assets.

I declare under pains and penalties of perjury that the foregoing is true and correct.

*Paula Pullum*

Oct. 14 2015
Date

Scanned by CamScanner