IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CINDY RODRIGUEZ, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> PROVIDENCE COMMUNITY CORRECTIONS, INC., AND RUTHERFORD COUNTY, TENNESSEE, *et al.,* <br><br> Defendants. | Civil Action No. 3:15-cv-01048 <br><br> (Class Action) <br> JURY DEMAND <br><br> Judge Kevin H. Sharp |

## ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of the Motion for Preliminary Injunction by Plaintiffs, it is hereby ORDERED that the Motion is Granted.

**IT IS FURTHER ORDERED and ADJUDGED** that the Injunction is hereby **GRANTED** as follows:

1. Defendant Rutherford County, and its agents, employees, and officers, including specifically the Rutherford County Sheriff, are hereby enjoined from serving or executing any warrant, sought and issued solely on the basis of nonpayment of court costs, fines or probation or other fees, for the arrest of Paula Pullum, or any other PCC, Inc. probationer.

2. Defendant Rutherford County, and its agents, employees, and officers, including specifically the Rutherford County Sheriff, are hereby enjoined from serving or executing any warrant, sought and issued on the basis of violation of probation, for the arrest of Paula Pullum, or any other PCC, Inc. probationer, that includes a preset secured money bond condition that would require payment in order for Paula Pullum, or any other PCC, Inc. probationer, to be released from custody.

3. Defendant Rutherford County, and its agents, employees, and officers, including

1

specifically the Rutherford County Sheriff, are further ordered to release from custody any PCC, Inc. probationer who is currently in its custody solely on the basis of a PCC, Inc. violation of probation warrant, and is being held pending revocation of probation proceedings on the basis of a preset secured money bond.

4. Defendant, PCC, Inc., and its agents, employees, and officers, are hereby enjoined from seeking the issuance of any warrant, other than a Release on Recognizance ("ROR") warrant, solely on the basis of nonpayment of court costs, fines or probation or other fees, for the arrest of Paula Pullum, or any other PCC, Inc. probationer.

5. Defendant, PCC, Inc., and its agents, employees, and officers, are hereby enjoined from seeking the issuance of any warrant on the basis of violation of probation, for the arrest of Paula Pullum, or any other PCC, Inc. probationer, that seeks a preset secured money bond condition that would require payment in order for Paula Pullum, or any other PCC, Inc. probationer to be released from custody.

6. The injunction shall remain in effect during the pendency of this case or until further ordered by the Court.

**SO ORDERED** this ___ day of October, 2015.

_____
Kevin H. Sharp
United States District Judge