IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| CINDY RODRIGUEZ, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:15-cv-01048 |
| PROVIDENCE COMMUNITY CORRECTIONS, INC., et al. | ) Judge Sharp |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction (Docket No. 36), it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED and ADJUDGED that the Injunction is hereby GRANTED as follows:

1) Defendant Rutherford County, and its agents, employees, and officers, including specifically the Rutherford County Sheriff, are hereby enjoined from serving or executing any warrant for arrest, sought and issued solely on the basis of nonpayment of court costs, fines, or probation or other fees, for the arrest of Paula Pullum or any other PCC, Inc. probationer, other than a warrant for arrest providing for Release on Recognizance ("ROR").

2) Defendant Rutherford County, and its agents, employees, and officers, including specifically the Rutherford County Sheriff, are hereby enjoined from serving or executing any warrant for arrest, sought and issued on the basis of violation of probation, for the arrest of Paula Pullum, or any other PCC, Inc. probationer, that includes a preset secured money bond condition

that would require monetary payment in order for Paula Pullum or any other PCC, Inc. probationer, to be released from custody.[1]

3) Defendant Rutherford County, and its agents, employees, and officers, including specifically the Rutherford County Sheriff, are hereby ordered to release from custody any PCC, Inc. probationer who is currently in custody solely on the basis of a PCC, Inc. violation of probation warrant and is being held pending revocation of probation proceedings on the basis of a preset secured money bond.

4) Defendant, PCC, Inc., and its agents, employees, and officers, are hereby enjoined from seeking the issuance of any warrant for arrest solely on the basis of nonpayment of court costs, fines, or probation or other fees, other than a ROR warrant, for the arrest of Paula Pullum or any other PCC, Inc. probationer.

5) Defendant, PCC, Inc., and its agents, employees, and officers, are ordered not to seek the issuance of any warrant for arrest on the basis of violation of probation, for the arrest of Paula Pullum or any other PCC, Inc. probationer, that includes a preset secured money bond condition that would require monetary payment in order for Paula Pullum or any other PCC, Inc. probationer, to be released from custody.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

---

[1] For the purposes of this injunction, a secured money bond is "preset" if it is imposed without a hearing on or inquiry into the probationer's ability to pay the bond.