# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CINDY RODRIGUEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:15-cv-01048 |
| PCC, INC., et al., ) | |
| ) | (Class Action) |
| Defendants. ) | (JURY DEMAND) |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"), counsel-of-record in this matter for Plaintiffs, respectfully moves for the withdrawal of Jonathan Cole, Sarah Murray, Lori H. Patterson, Kristine L. Roberts, and Matthew G. White, of Baker Donelson as counsel for Plaintiffs. Alec Karakatsanis and Phil Telfeyan will remain as counsel for Plaintiffs. Baker Donelson further requests that the above mentioned withdrawing counsel be removed from the Court's docket as counsel for Plaintiffs.

Dated April 8, 2016

                Respectfully submitted,

                *s/ Jonathan Cole*_____
                Jonathan Cole (TN #16632)
                Sarah Murray (TN #33454)
                Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
                211 Commerce Street, Suite 800
                Nashville, Tennessee 37201
                Tel.: (615) 726-7335, Fax: (615) 744-7335
                Email:   jcole@bakerdonelson.com
                              smurray@bakerdonelson.com

                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify on this the 8th day of April, 2016, a true and correct copy of the foregoing was filed using the CM/ECF system which will send notice to counsel of record who are registered with the CM/ECF system.

*s/ Jonathan Cole*_____