# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CINDY RODRIGUEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:15-CV-01048 |
| PROVIDENCE COMMUNITY ) | Judge Sharp |
| CORRECTIONS, INC., et al. ) | Judge Holmes |
| ) | |
| Defendants. ) | |

## ORDER

Presently pending before the Court are two motions by Plaintiffs: a Motion to Withdraw Docs. 107, 108, and 111, (Docket No. 135), and a Motion to Set Briefing Schedule, (Docket No. 138).

In their Motion to Withdraw, Plaintiffs seek to withdraw three docket entries: a Partial Motion for Summary Judgment and its supporting papers, (Docket Nos. 107, 108, & 111). Plaintiffs have filed a new Motion for Partial Summary Judgment, (Docket No. 136), which conforms to this Court's decision on Defendants' Motions to Dismiss, (Docket Nos. 132 & 133). Apart from the updates that reflect the outcome of the motions to dismiss, the second-filed Motion for Partial Summary Judgment is materially the same as the motion Plaintiffs now seek to withdraw. The Court agrees with Plaintiffs that the earlier-filed papers should be terminated and will grant Plaintiffs' Motion to Withdraw.

Plaintiffs also ask the Court to set a briefing schedule on their refiled Motion for Partial Summary Judgment. Plaintiffs request that Defendants respond to the Motion by July 18, 2016 and that they have until August 18, 2016 to file a reply brief. The Court agrees that resolution of

this case would be best served by proceeding with the briefing on Plaintiffs' pending Motion for Partial Summary Judgment. The Motion to Set Briefing Schedule will also be granted.

Accordingly, for the above-stated reasons the Court hereby rules as follows:

(1) Plaintiffs' Motion to Withdraw Docs. 107, 108, and 111 (Docket No. 135) is GRANTED and Docket Nos. 107, 108, and 111 are WITHDRAWN;

(2) Plaintiffs' Motion to Set Briefing Schedule (Docket No. 138) is GRANTED;

(3) Defendants shall respond to Plaintiffs' Motion for Partial Summary Judgment (Docket No. 136) on or before July 18, 2016; and

(4) Plaintiffs shall file a reply to Defendants' response on or before August 18, 2016.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE