# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CINDY RODRIGUEZ, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No: 3:15-cv-01048 |
| v. ) | |
| ) | Judge Lawson |
| **PROVIDENCE COMMUNITY,** ) | |
| **CORRECTIONS, INC., et al.** ) | Magistrate Judge Holmes |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING: PROOF OF MAILING

Come now Plaintiffs, by and through Counsel, and submit the attached **Affidavit of Kelly Kratz** to establish that the class notice has been mailed to the class members as required by the Court. (ECF 197).

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
414 Union Street, Suite 900
Nashville, TN 37219
T: (615) 982-8002 / F: (615) 229-6387
E: kyle@mothersheadlaw.com

1

# CERTIFICATE OF SERVICE

I hereby certify that on **March 23, 2018** a copy of the foregoing **Notice of Filing: Proof of Mailing** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

- Attorneys for Pathways Community Corrections, Inc. and the Individual Defendants: Lisa Rivera, Kathryn Walker, and David Esquivel of Bass, Berry, & Sims, PLC.
- Attorneys for Pathways Community Corrections, Inc.: Manny Abascal and Julie Gerchik of Latham & Watkins, LLP.
- Attorneys for Rutherford County: Josh McCreary, Evan Cope, and Blake Garner of Hudson, Reed, & McCreary, PLLC.

*s/ Kyle Mothershead*
Kyle Mothershead