IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CINDY RODRIGUEZ, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | **Civil Action No: 3:15-cv-01048** |
| **v.** ) | |
| ) | **Judge Lawson** |
| **PROVIDENCE COMMUNITY ,** ) | |
| **CORRECTIONS, INC., et al.** ) | **Magistrate Judge Holmes** |
| ) | |
|     **Defendants.** ) | |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Come now Plaintiffs, by and through Counsel, and move this Honorable Court UNOPPOSED pursuant to FRCP 23(e) to grant final approval to the class action Settlement Agreement in this matter (ECF 192-1), including the incentive awards to the named Plaintiffs, full compensation to Class Counsel, and permanent injunctive relief contemplated by the Agreement. (ECF 192-1, Settlement Agreement; ECF 192-5, Injunctive Agreement; ECF 192-6, Proposed Injunctive Order; ECF 192-8, Attorney Fee Schedule). In support of this motion, the Plaintiffs submit a memorandum of law and supporting exhibits as the next ECF entry.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
414 Union Street, Suite 900
Nashville, TN 37219
T: (615) 982-8002 / F: (615) 229-6387
E: kyle@mothersheadlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on **May 4, 2018** a copy of the foregoing **Motion for Final Approval** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

- Attorneys for Pathways Community Corrections, Inc. and the Individual Defendants: Lisa Rivera, Kathryn Walker, and David Esquivel of Bass, Berry, & Sims, PLC.
- Attorneys for Pathways Community Corrections, Inc.: Manny Abascal and Julie Gerchik of Latham & Watkins, LLP.
- Attorneys for Rutherford County: Josh McCreary, Evan Cope, and Blake Garner of Hudson, Reed, & McCreary, PLLC.

*s/ Kyle Mothershead*
Kyle Mothershead