UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CINDY RODRIGUEZ, STEVEN GIBBS,
PAULA PULLUM, YOLANDA CARNEY,
JACQUELINE BRINKLEY, CURTIS
JOHNSON, and FRED ROBINSON,

        Plaintiffs,

v.

PROVIDENCE COMMUNITY
CORRECTIONS, INC., RUTHERFORD
COUNTY, TENNESSEE, JASMINE
JACKSON, BRIANA WOODLEE,
AMANDA ROBERTS, TIARA SMITH,
AMANDA SCHEXNAYDER, and
NISHA HYDE,

        Defendants.
_____/

Case Number 15-01048
Honorable David M. Lawson

### ORDER GRANTING IN PART SECOND MOTION FOR ENTRY OF AMENDED ORDER APPROVING SETTLEMENT AND ORDER COMMANDING PARTIES TO COMPLY WITH TERMS OF SETTLEMENT

    This matter is before the Court on the plaintiffs' second unopposed motion for entry of a corrected or amended order approving their settlement and imposing injunctive relief. In their motion, the plaintiffs ask that the Court either enter an amended order incorporating verbatim the entire text of their settlement agreement, or "[i]n lieu of incorporating the full text in the Court's order . . . issue a separate order requiring the parties to comply with the terms of the agreement in [ECF Doc. No.] 192-5." The Court has reviewed the plaintiffs' motion and now finds that the plaintiffs' concerns most economically may be answered by granting the alternative relief that they have requested, and the Court therefore will grant in part their motion and order the parties to comply with the terms of the exhibited agreement.

Accordingly, it is **ORDERED** that the plaintiffs' second motion for entry of a corrected or amended order approving the settlement [230] is **GRANTED IN PART**.

It is further hereby **ORDERED** that the parties shall comply with the terms of the injunctive agreement attached as Exhibit C-1 of the plaintiffs' second unopposed motion for preliminary approval of the class action settlement [ECF Doc. No. 192-5].

s/David M. Lawson
DAVID M. LAWSON
United States District Judge
Sitting by special designation

Dated: August 8, 2018

-2-

Case 3:15-cv-01048   Document 231   Filed 08/08/18   Page 2 of 2 PageID #: 3754