UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CINDY RODRIGUEZ, STEVEN GIBBS,
PAULA PULLUM, YOLANDA CARNEY,
JACQUELINE BRINKLEY, CURTIS
JOHNSON, and FRED ROBINSON,

      Plaintiff,

v.

PROVIDENCE COMMUNITY
CORRECTIONS, INC., RUTHERFORD
COUNTY, TENNESSEE, JASMINE
JACKSON, BRIANA WOODLEE,
AMANDA ROBERTS, TIARA SMITH,
AMANDA SCHEXNAYDER, and
NISHA HYDE,

      Defendant.
                                /

Case Number 15-01048
Honorable David M. Lawson

## ORDER GRANTING MOTION FOR ORDER DIRECTING
## CLAIM ADMINISTRATOR TO PRODUCE CONTACT INFORMATION

This matter is before the Court on the plaintiffs' motion for an order directing the claim administrator to produce contact information for all persons who were notified of the class settlement or submitted claims against the settlement fund. The motion states that the defendants did not oppose the relief requested. No party has filed any opposition to the motion, and the time for doing so has passed. The Court therefore will grant the plaintiffs' unopposed motion.

Accordingly, it is **ORDERED** that the plaintiffs' unopposed motion for an order directing the claim administrator to produce contact information (ECF No. 233) is **GRANTED**.

It is further **ORDERED** that the claim administrator, Dahl Administration, LLC, forthwith **SHALL PRODUCE** to class counsel all contact information in Dahl's possession that the claim administrator used to provide notice of the settlement agreement and injunctive relief and all other contact information of claimants that was obtained while administering the settlement.

                        s/David M. Lawson
                        DAVID M. LAWSON
                        United States District Judge
                        Sitting by special designation

Date: February 5, 2020